# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT HARRIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SUPERINTENDENT M. WENEROWICZ, ) <br> and TOM CORBITT, ) <br> ) <br> Respondents. ) | Civil Action No. 11-81 <br> Judge Cathy Bissoon <br> Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On June 14, 2012, the magistrate judge issued a Report (Doc. 16) recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) be dismissed as untimely and that a certificate of appealability be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 5th day of July, 2012, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) is **DISMISSED**, and a certificate of appealability is **DENIED**.

1

The Report and Recommendation of Magistrate Judge Eddy dated June 14, 2012 is hereby adopted as the Opinion of the District Court.

                                          s/Cathy Bissoon
                                          Cathy Bissoon
                                          United States District Judge

July 5, 2012

cc:

Lamont Harris (via U.S. First Class Mail)
All counsel of record (via CM/ECF e-mail)